Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Andrea N. Grave (Wyo. State Bar # 8-6702)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
Cheyenne, WY 82001
Telephone: 307.778.4200
Facsimile:  307.778.8175
jspope@hollandhart.com
angrave@hollandhart.com

Paul Werner (admitted *pro hac vice*)
Imad Matini (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: 202.747.1931
Facsimile:  202.747.3817
pwerner@sheppardmullin.com
imatini@sheppardmullin.com

ATTORNEYS FOR PLAINTIFF AIS HEALTHCARE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BOND PHARMACY, INC. d/b/a AIS HEALTHCARE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLUE CROSS BLUE SHIELD OF WYOMING,<br><br>　　　　　Defendant. | Civil Action No. 2:23-cv-53 |

## NOTICE OF APPEARANCE OF IMAD S. MATINI

　　　　Imad S. Matini, with the law firm of Sheppard Mullin, hereby enters his appearance as counsel for Plaintiff Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS") for all purposes in the above-entitled matter.

DATED: April 6, 2023.

        */s/ Imad S. Matini*
        Jeffrey S. Pope (Wyo. State Bar # 7-4859)
        Andrea N. Grave (Wyo. State Bar # 8-6702)
        HOLLAND & HART LLP
        2020 Carey Avenue, Suite 800
        Cheyenne, WY 82001
        Telephone: 307.778.4200
        Facsimile:  307.778.8175
        jspope@hollandhart.com
        angrave@hollandhart.com

        Paul Werner (admitted *pro hac vice*)
        Imad Matini (admitted *pro hac vice*)
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        2099 Pennsylvania Avenue NW
        Washington, D.C. 20006
        Telephone: 202.747.1931
        Facsimile:  202.747.3817
        pwerner@sheppardmullin.com
        imatini@sheppardmullin.com

        ATTORNEYS FOR PLAINTIFF
        AIS HEALTHCARE