## **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
### District of Wyoming

Case Number: 2:23-CV-53

Plaintiff:
**Bond Pharmacy, Inc. d/b/a AIS Healthcare**
vs.
Defendant:
**Blue Cross blue Shields of Wyoming**

For: Hathaway & Kunz, P.C.

Received by Front Range Legal Process Service, Inc. on the 26th day of March, 2024 at 1:52 pm to be served on **National Home Infusion Foundation Corporation a/k/a/ National Home Infusion Association - c/o National Registered Agents, Inc., 4701 Cox Road, Ste 285, Glen Allen, VA 23060**. I, _KENNETH V. COUZZEY_, do hereby affirm that on the _27th_ day of _MARCH_, 2024 at _12:50_ pm, executed service by delivering a true copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Attachment A in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(✓) CORPORATE SERVICE: By serving _LAUREN PHILLIPS_ as _AUTHORIZED AGENT_
( ) POSTING _____

( ) DESCRIPTION ) Age _35_ Sex _F_ Race _W_ Height _6'0"_ Weight _160_ Hair _Brown_ Glasses _Y_

( ) OTHER SERVICE: As described in the Comments below by

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____
PROCESS SERVER # _7R_
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 367-3783

Our Job Serial Number: 2024002632

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2x

## Service Authorization
## National Registered Agents, Inc.

National Registered Agents, Inc. ("NRAI") is registered agent for service of process for numerous corporations and similar entities. NRAI receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of NRAI and in receiving the process, do so only on NRAI's behalf and in NRAIs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A.....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*<u>As such, neither National Registered Agents Inc., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on NRAI's clients.</u>*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

    Katie Bush               Lauren Phillips

This authorization does not certify the receipt or acceptance of any specific process

_____/s/ Katie Bush_____

Katie E Bush
Senior Fulfillment Associate
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Katie E Bush, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 12th day of March, 2024.

_____/s/_____
Notary Public

[Notary Seal: DORINDA NESBITT SLAUGHTER, NOTARY PUBLIC, REG # 7529659, MY COMMISSION EXPIRES 4/30/2024, COMMONWEALTH OF VIRGINIA]