Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Andrea N. Grave (Wyo. State Bar # 8-6702)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
JSPope@hollandhart.com
ANGrave@hollandhart.com

Paul A. Werner (admitted *pro hac vice*)
Imad Matini (admitted *pro hac vice*)
Thomas Reklaitis (admitted *pro hac vice*)
Hannah J. Wigger (admitted *pro hac vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone: 202.747.1931
Facsimile:  202.747.3817
pwerner@sheppardmullin.com
imatini@sheppardmullin.com
treklaitis@sheppardmullin.com
hwigger@sheppardmullin.com

Kazim Naqvi (admitted *pro hac vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: 424.288.5336
knaqvi@sheppardmullin.com

ATTORNEYS FOR PLAINTIFF
BOND PHARMACY, INC. D/B/A AIS HEALTHCARE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| BOND PHARMACY, INC. d/b/a AIS HEALTHCARE,<br><br>   Plaintiff-Counter Defendant,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF WYOMING,<br><br>   Defendant-Counterclaimant. | Civil No. 2:23-CV-00053-KHR |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

Plaintiff Bond Pharmacy, Inc., d/b/a AIS Healthcare, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(2) and U.S.D.C.L.R. 26.1(e)(5), hereby submits its expert witness designation as follows:

1. Peter L. Dressel, 555 12th Street, NW, Suite 700, Washington, DC 20004,

    Phone: 202-589-2328

Plaintiff may call Peter Dressel as an opening expert. Mr. Dressel is expected to testify regarding his background and qualifications; consistent with his expert report in this matter filed simultaneously, which is incorporated herein by reference, and with any exhibits referenced in his report; and consistent with any subject or topic raised or discussed in his deposition should it be taken in this matter, as modified by any evidentiary rulings issued by the Court, and the exhibits referenced in any such deposition.

Mr. Dressel's report is attached as Exhibit A, which includes his current resume, a list of all publications authored in the previous 10 years, a list of all other cases in which he testified as an expert at trial or by deposition in the previous 4 years, and his rate schedule.

By this designation, Plaintiff does not waive its right to challenge the admissibility of the testimony of the experts listed by Defendant in its designation.

Plaintiff reserves the right to identify and designate additional rebuttal experts. Plaintiff further reserves the right to call any expert designated by Defendant.

Dated: July 12, 2024

        /s/ *Jeffrey S. Pope*
        Jeffrey S. Pope (Wyo. State Bar # 7-4859)
        Andrea N. Grave (Wyo. State Bar # 8-6702)
        HOLLAND & HART LLP
        2020 Carey Avenue, Suite 800
        P.O. Box 1347
        Cheyenne, WY 82003-1347
        Telephone: 307.778.4200
        Facsimile: 307.778.8175
        JSPope@hollandhart.com
        ANGrave@hollandhart.com

        Paul A. Werner (admitted *pro hac vice*)
        Imad Matini (admitted *pro hac vice*)
        Thomas Reklaitis (admitted *pro hac vice*)
        Hannah J. Wigger (admitted *pro hac vice*)
        SHEPPARD MULLIN RICHTER & HAMPTON LLP
        2099 Pennsylvania Avenue, NW, Suite 100
        Washington, D.C. 20006-6801
        Telephone: 202.747.1931
        Facsimile: 202.747.3817
        pwerner@sheppardmullin.com
        imatini@sheppardmullin.com
        treklaitis@sheppardmullin.com
        hwigger@sheppardmullin.com

        Kazim Naqvi (admitted *pro hac vice)*
        SHEPPARD MULLIN RICHTER & HAMPTON LLP
        1901 Avenue of the Stars, Suite 1600
        Los Angeles, CA 90067
        Telephone: 424.288.5336
        knaqvi@sheppardmullin.com

        ATTORNEYS FOR PLAINTIFF
        BOND PHARMACY, INC. D/B/A AIS HEALTHCARE