Lucas Buckley, #6-3997
Melissa K. Burke, #7-5694
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
lbuckley@hkwyolaw.com
mburke@hkwyolaw.com

ATTORNEYS FOR DEFENDANT
BLUE CROSS BLUE SHIELD OF WYOMING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BOND PHARMACY, INC. d/b/a<br>AIS HEALTHCARE,<br><br>    Plaintiff,<br><br>  vs.<br><br>BLUE CROSS BLUE SHIELD OF WYOMING,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:23CV00053-KHR<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Defendant Blue Cross Blue Shield of Wyoming, by and through undersigned counsel, hereby gives notice of its intent to serve a Subpoena to Testify at a Deposition in a Civil Action upon Bradley Baker. A copy of this subpoena is attached hereto as Exhibit 1.

**DATED** this 16th day of July 2024.

BLUE CROSS & BLUE SHIELD OF WYOMING,
DEFENDANT

By: */s/ Melissa K. Burke*
Lucas Buckley, #6-3997
Melissa K. Burke, #7-5694
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
(307) 634-7723
(307) 634-0985 (fax)
lbuckley@hkwyolaw.com
mburke@hkwyolaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of July, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Jeffrey S. Pope<br>Andrea N. Grave<br>Holland & Hart LLP<br>2020 Carey Ave., Suite 800<br>P.O. Box 1347<br>Cheyenne, WY 82003-1347 | [ ✓ ] CM/ECF<br>[  ] U.S. Mail<br>[  ] E-mail: |
| Paul Werner<br>Imad Matini<br>Hannah J. Wiggert<br>Sheppard, Mullin, Richter & Hampton LLP<br>2099 Pennsylvania Ave., NW, Suite 100<br>Washington, D.C. 20006 | [ ✓ ] CM/ECF<br>[  ] U.S. Mail<br>[  ] E-mail: |
| Nazim Naqvi<br>Sheppard, Mullin, Richter & Hampton LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067 | [ ✓ ] CM/ECF<br>[  ] U.S. Mail<br>[  ] E-mail: |

*/s/ Candice Hough*
Hathaway & Kunz, LLP