FILED



10:24 am, 8/28/24

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

BOND PHARMACY, INC. d/b/a    )
AIS HEALTHCARE,              )
                             )
         Plaintiff,          )
                             )
    vs.                      )   Case No. 2:23CV00053-KHR
                             )
BLUE CROSS BLUE SHIELD OF WYOMING, )
                             )
                             )
         Defendant.          )

## ORDER GRANTING MOTION TO STAY CASE

This matter is before the Court on the parties' stipulated Joint Motion and Stipulation to Stay Proceedings filed on August 27, 2024. The Motion requests the Court stay all pending deadlines for thirty (30) days and vacate the dispositive motions hearing set for September 18, 2024. In support of this request, the parties indicate they have reached a tentative resolution on all claims and need time to finalize the resolution in writing. Finding good cause for the Motion,

**IT IS ORDERED** the parties' Joint Motion and Stipulation to Stay Proceedings is GRANTED. The case is stayed for thirty (30) days, which stay shall expire on September 26, 2024.

**IT IS FURTHER ORDERED** that the dispositive motions hearing currently set for September 18, 2024 is hereby VACATED.

**IT IS FURTHER ORDERED** that the parties shall file a dismissal of this action or a status report explaining why such dismissal cannot be filed on or before September 26, 2024.

DATED this 28th day of August, 2024.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE