Lucas Buckley, #6-3997
Melissa K. Burke, #7-5694
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
lbuckley@hkwyolaw.com
mburke@hkwyolaw.com

ATTORNEYS FOR DEFENDANT
BLUE CROSS BLUE SHIELD OF WYOMING

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BOND PHARMACY, INC., d/b/a AIS HEALTHCARE,<br><br>　　　　　Plaintiff/Counter-Defendant,<br><br>　　v.<br><br>BLUE CROSS BLUE SHIELD OF WYOMING,<br><br>　　　　　Defendant/Counterclaimant. | Civil Action No. 2:23-cv-53 |

## NOTICE REGARDING STATUS OF SETTLEMENT AND MOTION TO EXTEND STAY OF PROCEEDINGS

**COMES NOW**, Defendant/Counterclaimant Blue Cross Blue Shield of Wyoming and hereby provides notice that the parties continue to work on finalizing a written agreement memorializing the terms of the resolution of this matter between the parties. The parties seek two additional weeks in which to finalize such documents and report back to the Court regarding a dismissal of the action.

Counsel for Blue Cross Blue Shield of Wyoming has confirmed with counsel for Plaintiff/Counter-Defendant Bond Pharmacy, Inc., d/b/a AIS Healthcare and they agree to the requested two additional weeks to report back to the Court.

**WHEREFORE**, the Parties respectfully request all deadlines be stayed for an additional two weeks.

DATED this 26th day of September.

> */s/ Lucas Buckley*
> Lucas Buckley (Wyo. Bar # 48477)
> Melissa K. Burke (Wyo. Bar # 7-5694)
> HATHAWAY & KUNZ, LLP
> P.O. Box 1208
> Cheyenne, WY 82003-1208
> Telephone: (307) 634-7723
> Facsimile: (307) 634-0985
> lbuckley@hkwyolaw.com
> mburke@hkwyolaw.com
>
> ATTORNEYS FOR DEFENDANT/ COUNTERCLAIMANT

### CERTIFICATE OF SERVICE

This is to certify that on the 26th day of September, 2024, a true and correct copy of the foregoing was served upon counsel as follows:

| | |
|---|---|
| Jeffrey S. Pope<br>Andrea N. Grave<br>Holland & Hart LLP<br>2020 Carey Ave., Suite 800<br>P.O. Box 1347<br>Cheyenne, WY 82003-1347 | [ ✓ ] CM/ECF<br>[  ] U.S. Mail<br>[  ] E-mail: |
| Paul Werner<br>Imad Matini<br>Tom Reklaitis<br>Kazim Naqvi<br>Hannah J. Wigger<br>Tifenn Drouaud<br>Sheppard, Mullin, Richter & Hampton LLP<br>2099 Pennsylvania Ave., NW, Suite 100<br>Washington, D.C. 20006 | [ ✓ ] CM/ECF<br>[  ] U.S. Mail<br>[  ] E-mail: |

> */s/ Candice Hough*
> Hathaway & Kunz, LLP