FILED

U.S. DISTRICT COURT
DISTRICT OF WYOMING

1:37 pm, 9/27/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BOND PHARMACY, INC. d/b/a AIS HEALTHCARE, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 2:23CV00053-KHR ) |
| BLUE CROSS BLUE SHIELD OF WYOMING, | ) ) ) |
| Defendant. | ) ) |

---

## ORDER GRANTING MOTION TO EXTEND STAY CASE

---

This matter is before the Court on Defendant/Counterclaimant Blue Cross Blue Shield of Wyoming's *Notice Regarding Status of Settlement and Motion to Extend Stay of Proceedings* filed on September 26, 2024. The Motion requests the Court extend the stay all pending deadlines for an additional two weeks. In support of this request, the parties continue to work on finalizing a written agreement memorializing the terms of the resolution of this matter between the parties. Finding good cause for the Motion,

**IT IS ORDERED** the Defendant/Counterclaimant Blue Cross Blue Shield of Wyoming's *Notice Regarding Status of Settlement and Motion to Extend Stay of Proceedings* is GRANTED. The case is stayed for an additional two weeks, which extension shall expire on October 10, 2024.

**IT IS FURTHER ORDERED** that the parties shall file a dismissal of this action or a status report explaining why such dismissal cannot be filed on or before October 10, 2024.

DATED this 27th day of September, 2024.

KELLY H. RANKIN
UNITED STATES DISTRICT JUDGE